Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
E-Mail: susan.olson@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC PRECAST CORPORATION,<br><br>Defendant. | Case No.: C 09 01736 SBA<br><br>**REQUEST FOR DISMISSAL WITHOUT PREJUDICE; ORDER THEREON** |

    Plaintiffs have resolved the underlying dispute, no responsive pleading has been filed by Defendant Pacific Precast Corporation.

/ / /

/ / /

/ / /

/ / /

/ / /

– 1 –

Based on the above, Plaintiffs respectfully request that this Court dismiss this case without prejudice.

DATED:  May 20, 2009

                                                BULLIVANT HOUSER BAILEY PC

                                      By  *[signature]*
                                            Ronald L. Richman
                                            Susan J. Olson

                                            Attorneys for Plaintiffs

### ORDER

IT IS HEREBY ORDERED that this case be and hereby is dismissed, without prejudice.

DATED:  ~~May XXXX, 2009 XXX~~
              9/2/09

                                      By  *[signature]*
                                            HON. SAUNDRA B. ARMSTRONG
                                            UNITED STATES DISTRICT JUDGE

11602840.1

REQUEST FOR DISMISSAL WITHOUT PREJUDICE; ORDER THEREON